**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ALLEN WASHAM,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF PRISONS, et al.,<br>Defendants. | Case No. 5:22-cv-01972-WLH-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: plaintiff's claims for violation of the Eighth Amendment and for negligence are dismissed without leave to amend; and defendants Langley, Gutierrez, and Unnamed Officers are dismissed without leave to amend.

Dated: October 30, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE